# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1505
_____

Lucretia A. Penn

*Plaintiff - Appellant*

v.

State Farm Mutual Automobile Insurance Company

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 29, 2021
Filed: February 9, 2021
[Unpublished]

_____

Before KELLY, MELLOY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Lucretia Penn challenged the denial of coverage for insurance claims. She now appeals following the district court's[1] adverse grant of summary judgment on her claims for breach of contract.

After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Smith v. Toyota Motor Corp., 964 F.3d 725, 728 (8th Cir. 2020) (de novo review of grant of summary judgment; this court applies state substantive law in diversity case). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Penn's pending motion to supplement her reply brief.

_____

[1]The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.